LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $24,546.25 IN U.S. CURRENCY SEIZED FROM FARMERS AND MERCHANTS BANK OF CENTRAL CALIFORNIA ACCOUNT  #547155701, HELD IN THE NAME OF STEVEN WALTER BUTTS AND KAREN JEAN FREYLING;<br><br>APPROXIMATELY $939.73 IN U.S. CURRENCY SEIZED FROM FARMERS AND MERCHANTS BANK OF CENTRAL CALIFORNIA ACCOUNT #06-576079-01, HELD IN THE NAME OF STEVEN WALTER BUTTS, dba BUTTS DVD WHOLESALE;<br><br>APPROXIMATELY $194.65 IN U.S. CURRENCY SEIZED FROM GOLDEN 1 CREDIT UNION ACCOUNT #899973, HELD IN THE NAME OF STEVEN WALTER BUTTS;<br><br>APPROXIMATELY $91.41 IN U.S. CURRENCY SEIZED FROM FARMERS AND MERCHANTS BANK OF CENTRAL CALIFORNIA ACCOUNT #657155719, HELD IN THE NAME OF STEVEN WALTER BUTTS; | **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

| | |
|---|---|
| 1 | 2002 CHRYSLER PT CRUISER, )<br>VIN: 3C4FY48BX2T295646, )<br>LICENSE NUMBER: 5PGG304; ) |
| 3 | 1998 CHEVROLET TRUCK, )<br>VIN: 1GCEC19R5WE149357, )<br>LICENSE NUMBER: 5R67668; ) |
| 5 | 2004 CHEVROLET TAHOE, )<br>VIN: 1GNEC13T24R292963, )<br>LICENSE NUMBER: 5ZUD095; and, ) |
| 7 | THIRTY-FIVE (35) ITEMS OF )<br>MISCELLANEOUS ELECTRONIC )<br>EQUIPMENT MORE )<br>PARTICULARLY DESCRIBED IN )<br>EXHIBIT 'A' ATTACHED HERETO AND )<br>INCORPORATED HEREIN BY )<br>REFERENCE, ) |
| 11 | Defendants. )<br>_____) |

Plaintiff, United States of America, through its undersigned attorney, in a civil case of forfeiture *in rem*, alleges as follows:

**Nature of the Action**

1. This is a civil action *in rem* to forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C), approximately $24,546.25 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #547155701, held in the name of Steven Walter Butts and Karen Jean Freyling; approximately $939.73 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #06-576079-01, held in the name of Steven Walter Butts, dba Butts DVD Wholesale; approximately $194.65 in U.S. Currency seized from Golden 1 Credit Union Account #899973, held in the name of Steven Walter Butts; approximately $91.41 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #657155719, held in the name of Steven Walter Butts (hereafter collectively "defendant funds"); thirty-five (35) items of miscellaneous electronic equipment (hereafter "defendant electronic equipment"); 2002 Chrysler PT Cruiser, VIN: 3C4FY48BX2T295646, License Number: 5PGG304; 1998 Chevrolet Truck, VIN: 1GCEC19R5WE149357, License Number: 5R67668; and, a 2004 Chevrolet Tahoe, VIN: 1GNEC13T24R292963, License Number: 5ZUD095 (hereafter collectively

1  "defendant vehicles"). The defendant funds, electronic equipment, and vehicles constitute proceeds
2  and/or property used to facilitate a conspiracy to commit or are traceable to a violation of 18 U.S.C.
3  § 1956 and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C).

4      2.    The defendant vehicles and electronic equipment were seized on October 8, 2008,
5  at 430 Verduga Road in Turlock, California, and are in the custody of the U.S. Marshals Service,
6  Eastern District of California.

7      3.    The defendant funds were seized on October 8, 2008, and are in the custody of the
8  U.S. Marshals Service, Eastern District of California.

## Jurisdiction and Venue

10     4.    This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355.

11     5.    This Court has venue pursuant to 28 U.S.C. § 1395.

## Background of Investigation

13     6.    In March 2008, the Federal Bureau of Investigation ("FBI") reported an illegal DVD
14  business was being operated out of a residence located at 3121 North Park Court, Turlock,
15  California. The investigation identified three people involved in the illegal DVD business as Steve
16  Butts, Karen Lobue, and Kenny J. Shipman (later identified as Steven Walter Butts, Karen Jean
17  Freyling, and Kenneth Shipman). The investigation also provided the following website,
18  www.familydvdwholesale.com, which Steven Butts (hereafter "Butts"), Karen Freyling (hereafter
19  "Freyling"), and Kenneth Shipman (hereafter "Shipman") utilized to sell DVDs to their customers.
20  According to the investigation, the DVDs were sent directly to the customer's address via the U.S.
21  Mail and Butts and others were utilizing Post Office ("PO") Box 160 in Denair, California, which
22  is listed on the website, as their address. The investigation further identified the following vehicles
23  associated with Butts, Freyling, and Shipman: a black Chevrolet pickup truck; a PT Cruiser; a
24  Chevrolet Tahoe; a red Chevrolet pickup truck; and a Dodge Dakota.

25     7.    The United States Postal Inspection Service ("USPIS") in conjunction with the FBI
26  conducted an investigation into various criminal offenses committed in the Eastern District of
27  California and elsewhere by Butts, Freyling, Steven Alan Lobue (hereafter "Lobue"), Raymond Paul
28  Mott (hereafter "Mott"), Earl Edward Riedel, Jr. (hereafter "Riedel") and others.

8.      The investigation indicated that Butts and Freyling owned and operated Family DVD Wholesale ("Family"), DVDs 2 Go Wholesale ("DVDs 2 Go") and Movie Are Us ("Movie") which are internet-based companies. The investigation identified that "Family" generates approximately $80,000.00 in sales per month. The above-named companies utilized the World Wide Web to advertise and sell numerous titles of counterfeit/copyright-protected Digital Video Discs (DVDs).

9.      The investigation revealed that Butts and others at "Family", "DVDs 2 Go," and "Movie" were engaged in the unauthorized sale, packaging, and distribution/shipping of counterfeit/copyright-protected motion pictures and video formats/materials and have knowingly sold products to customers via the internet. Specifically, the investigation revealed that "Family," "DVDs 2 Go," and "Movie" provided products to their customers that did not have security seals or booklet stories and knowingly deposited counterfeit motion pictures and video formats/materials in official United States Postal Service ("USPS") collection receptacles/facilities with the intention that these items would be delivered by the USPS. Investigators believe these individuals willfully infringed, for private financial gains, manufactured/reproduced and/or distributed copyrighted works and were knowingly involved in the trafficking of counterfeit labels affixed or designed to be affixed to a copy of a motion picture or other audiovisual work.

10.     Investigators spoke with Motion Picture Association of America ("MPAA") officials, who advised that MPAA had received numerous complaints about pirated DVDs being sold from the website www.familydvdwholesale.com. MPAA advised investigators they had already conducted an undercover purchase of DVDs through the website and the DVDs arrived in manila envelopes with a return address label marked as SWB, PO Box 160, Denair, California 95316. The DVDs did not have serial numbers on the back cover or an International Federation of the Phonographic Industry ("IFPI") serial number. An MPAA investigator verified that the content on each of the undercover purchased DVDs was "pressed" on the disc (as opposed to burned), such as by a computer with DVD recordable media. MPAA investigators provided the internet address of a second website, www.dvds2gowholesale.com, registred to SWB, PO Box 160, Denair, California 95316.

///

11.     In April 2008, investigators determined Butts and Freyling were renting a residence located at 3121 North Park Court, Turlock, California (hereafter "North Park residence"). It was also determined that they were conducting activity at this residence in furtherance of their counterfeit DVD enterprise.

12.     On June 23, 2008, surveillance was conducted in the vicinity of the North Park residence. During the surveillance, the defendant 1998 Chevrolet Truck, and the defendant 2002 Chrysler PT Cruiser, were observed parked near the residence. Investigators observed Butts outside the residence placing unknown and unidentified items into a recycling bin. Lobue and Mott were later observed departing the residence in the defendant 1998 Chevrolet Truck. Investigators followed Lobue and Mott to the Denair Post Office and observed them unloading boxes and packages from the rear of the defendant vehicle and loading them onto a mail cart. Lobue and Mott were then observed pushing the cart and carrying additional packages into the rear of the post office. After unloading the packages and parcels, Lobue and Mott departed the Denair Post Office in the defendant 1998 Chevrolet Truck. Investigators went to the Denair Post Office and counted 74 Priority Mail packages, 103 First Class Mail packages, and 38 packages shipped via metered mail. All of the packages showed a return address of DVDs 2 GO Wholesale, PO Box 160, Denair, CA 95316; Family DVD Wholesale, PO Box 160, Denair, CA 95316; or SWB, PO Box 160, Denair, CA 95316.

13.     In July 2008, MPAA provided investigators information about a third website www.MovieAreUS.com. Subsequent investigation of www.MovieAreUs.com revealed the website as registered to Freyling. The website also shared the same shipping address as www.familydvdwholesale.com and www.dvds2gowholesale.com which were operated by Butts.

14.     Bank records relating to Butts and Freyling obtained by federal subpoena revealed Butts and Freyling, doing business as (dba) Butts DVD Wholesale at 3121 North Park Court, Turlock, California, opened a sole proprietorship checking account #06-576079-01 in July 2007. Between July 2007 and May 2008, there were approximately 184 deposits in excess of $272,000.00 made into this defendant account and approximately 317 withdrawals/transfers in excess of $272,000.00 made from the defendant account. The records also revealed a joint checking account,

1  #547155701, opened by Butts and Freyling in March 2006. The majority of the deposits into this
2  account originated from the Butts DVD Wholesale account #06-576079-01. A detailed review of
3  this account revealed the following financial transactions of interest: cash deposits into this account
4  exceeded $23,000.00; checks written for cash from this account exceeded $127,000.00; withdrawals
5  from this account exceeded $64,000.00; and check #1369 dated December 29, 2007 in the amount
6  of $16,526.17 written to Best Price Auto Sales.

7  15. A review of a third account, savings account #657155719, which was opened in
8  August 2006 by Butts, revealed there were deposits made into this defendant account in excess of
9  $14,500.00. $14,000.00 of this amount came from Paypal, from September 2006 through February
10 2007. During this same time period it was discovered there were withdrawals/transfers in excess
11 of $14,500.00 made from this account with a $6,200.00 transfer made in February 2007 to Butts and
12 Freyling's joint checking account #547155701.

13 16. A review of a fourth account, savings account #899973, revealed there was a
14 $15,000.00 cash deposit made into this defendant account in February 2008.

15 17. A further review of the bank records relating to Butts and Freyling revealed checks
16 made payable to Earl (aka John) and/or Kathleen Riedel in the total amount of $17,449.27.

17 18. In September 2008, the investigation determined Riedel assisted Butts and others
18 with their move from the North Park Court residence to a new residence located at 430 South
19 Verduga Road, Turlock, California.

20 19. On September 15, 2008, a query of the United States Postal Service Change of
21 Address Reporting System for Butts and Freyling revealed a change of address was requested from
22 their old address of 3121 North Park Court to their new address of 430 South Verduga Road. The
23 query further revealed the change of address took effect on September 8, 2008.

24 20. On September 29, 2008, surveillance was conducted in the vicinity of the Denair Post
25 Office where investigators observed Lobue and Riedel unloading parcels and envelopes out of the
26 defendant PT Cruiser and loading them onto a GPMC. After unloading the defendant PT Cruiser,
27 Lobue and Riedel rolled the GPMC up the ramp towards the back dock of the Denair Post Office
28 and then into the rear entrance.

21.     Continuing on the same day, a U.S. Postal Inspector seized the 215 parcels and/or envelopes delivered to the Denair Post Office by Lobue and Riedel. All of the packages showed a return address of Steven Butts, PO box 160, Denair, CA 95316; Steven Butts, PO Box Denair, CA 95316; or www.FamilyDVDWholesale.com, 3121 North Park Court, Turlock, CA.

22.     On October 8, 2008, a federal search warrant was executed at the residence of Butts and Freyling located at 430 S. Verduga Road, Turlock, California, and at the residence of Kathleen and Earl Riedel located at 3141 North Park Court, Turlock, California. The search warrant resulted in the seizure of the defendant 35 pieces of miscellaneous electronic equipment from the residence located at 430 South Verduga Road.

23.     An employment records check with the California Employment Development Department ("EDD") revealed that the last reported wages for Butts was for the second quarter of 2007. No EDD information was found for Karen Freyling. Further investigation revealed that Freyling was receiving Social Security benefits claiming to be disabled.

24.     On October 30, 2008, a Grand Jury in the Eastern District of California, indicted Steven Walter Butts, Karen Jean Freyling, and others with violations of 18 U.S.C. § 371 - Conspiracy; 18 U.S.C. §§ 1343 and 2 - Wire Fraud and Aiding and Abetting; 18 U.S.C. §§ 1341 and 2 - Mail Fraud and Aiding and Abetting; 17 U.S.C. §§ 506(a)(1) and (2) and 18 U.S.C. § 2319(b)(1) - Criminal Infringement of a Copyright; 18 U.S.C. § 545 - Smuggling Goods into the United States; 18 U.S.C. § 2320(a) - Criminal Trademark Violations; and, 18 U.S.C. § 641 - Theft of Government Money; 18 U.S.C. § 1001 - False Statements. The criminal case of *U.S. v. Karen Jean Freyling, et al.*, 1:08-CR-00384-OWW is pending.

**FIRST CLAIM FOR RELIEF**
**[18 U.S.C. § 981(a)(1)(A)]**

25.     Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 24 above.

26.     The defendant assets constitute proceeds and/or property used to facilitate a conspiracy to commit or are traceable to a violation of 18 U.S.C. § 1956.

27.     As a result of the foregoing, the defendant assets are subject to forfeiture to the United States in accordance with 18 U.S.C. § 981(a)(1)(A).

## SECOND CLAIM FOR RELIEF
**[18 U.S.C. § 981(a)(1)(C)]**

28. Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 27 above.

29. The defendant assets constitute proceeds and/or property used to facilitate a conspiracy to commit or are traceable to a violation of 18 U.S.C. § 1956.

30. As a result of the foregoing, the defendant assets are subject to forfeiture to the United States in accordance with 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, Plaintiff prays as follows:

1. Process issue according to the procedure of this Court in cases of action *in rem*;

2. Any person having an interest in said defendant assets be given notice to file a claim and to answer the Complaint;

3. This Court enter a judgment of forfeiture of said defendant assets to the United States; and,

4. For such further relief as the Court deems just and proper.

Dated: February 13, 2009                           LAWRENCE G. BROWN
                                                   Acting United States Attorney


                                                    /s/ Deanna L. Martinez
                                                   DEANNA L. MARTINEZ
                                                   Assistant United States Attorney

**VERIFICATION**

I, Timothy Kixmiller, hereby verify and declare under penalty of perjury that I am a Postal Inspector with the United States Postal Inspection Service, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief.

The sources of my knowledge and belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Postal Inspector of the United States Postal Inspection Service.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2009

    /s/ Timothy Kixmiller
TIMOTHY KIXMILLER
Postal Inspector
United States Postal Inspection Service
(Original signature retained by attorney)

**EXHIBIT 'A'**

1. HDMI flat screen TV, serial number: BCD563032092;
2. Flat screen TV, serial number: MY81330520;
3. High Def plasma TV, serial number: LB71280747;
4. Regza Flat screen TV, serial number: AM378018648;
5. H-87 Impulse Foot Sealer;
6. Wireless broadband, serial number: CSV01H5E0752;
7. Wireless cable modem, serial number: 1P7184U503843;
8. Miscellaneous cords, mouses, electronic items;
9. Laptop computer; serial number: LXAL70X0438200F47E2513;
10. Laptop computer, serial number: LAXLEOY11781316E121601;
11. Laptop computer, serial number: LXALEOY1178131133B1601;
12. Woofer, serial number: H10003803;
13. Woofer, serial number: HT-63 06263;
14. Woofer, serial number: HT-63 06264;
15. Acoustech, serial number: HT-64-01023;
16. Acoustech, serial number: HT-64-01101;
17. Two Way Center Channel, serial number: HT-65 03577;
18. Flat screen TV, serial number: AM407005890;
19. Laserjet Printer, serial number: CNRXL53588;
20. Label maker, serial number: U61050-L4G115008;
21. DVD Player, serial number: EC101080507;
22. DVD Video Player, serial number: MC135123436;
23. AV Receiver, serial number: 5784103986E;
24. AV Receiver, serial number: 56X2104813C;
25. AV Receiver, serial number: 5774100257E;
26. Camera, serial number: KCGFC54305690;
27. DVD Player, serial number: EC101080484;

28. Office Series Meter, serial number: Indicia #0004558648

29. Desktop CPU, serial number: 9ZWCR61;

30. Desktop CPU, serial number: X11-45393;

31. CPU, serial number: X12-51824;

32. CPU, serial number: KR15003026;

33. High Def TV, serial number: NG73280286;

34. Flat screen TV, serial number: 4716260; and,

35. Flat Screen TV, serial number: 8744720.