1 BENJAMIN B. WAGNER
United States Attorney
2 DEANNA L. MARTINEZ
Assistant United States Attorney
3 United States Courthouse
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-00284-OWW-SMS |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $24,546.25 IN U.S. CURRENCY SEIZED FROM FARMERS AND MERCHANTS BANK OF CENTRAL CALIFORNIA ACCOUNT #547155701, HELD IN THE NAME OF STEVEN WALTER BUTTS AND KAREN JEAN FREYLING; | |
| APPROXIMATELY $939.73 IN U.S. CURRENCY SEIZED FROM FARMERS AND MERCHANTS BANK OF CENTRAL CALIFORNIA ACCOUNT #06-576079-01, HELD IN THE NAME OF STEVEN WALTER BUTTS, dba BUTTS DVD WHOLESALE; | |
| APPROXIMATELY $194.65 IN U.S. CURRENCY SEIZED FROM GOLDEN 1 CREDIT UNION ACCOUNT #899973, HELD IN THE NAME OF STEVEN WALTER BUTTS; | |
| APPROXIMATELY $91.41 IN U.S. CURRENCY SEIZED FROM FARMERS AND MERCHANTS BANK OF CENTRAL CALIFORNIA ACCOUNT #657155719, HELD IN THE NAME OF STEVEN WALTER BUTTS; | |

DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE                 1

| | |
|---|---|
| 1 | 2002 CHRYSLER PT CRUISER, ) |
| | VIN: 3C4FY48BX2T295646, ) |
| 2 | LICENSE NUMBER: 5PGG304; ) |
| | ) |
| 3 | 1998 CHEVROLET TRUCK, ) |
| | VIN: 1GCEC19R5WE149357, ) |
| 4 | LICENSE NUMBER: 5R67668; ) |
| | ) |
| 5 | 2004 CHEVROLET TAHOE, ) |
| | VIN: 1GNEC13T24R292963, ) |
| 6 | LICENSE NUMBER: 5ZUD095; and, ) |
| | ) |
| 7 | THIRTY-FIVE (35) ITEMS OF ) |
| | MISCELLANEOUS ELECTRONIC ) |
| 8 | EQUIPMENT, ) |
| | ) |
| 9 | Defendants. ) |
| 10 | |

11  This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default
12 Judgment and Final Judgment of Forfeiture filed August 7, 2009. The Magistrate Judge has
13 recommended that the United States' motion for default judgment be granted. The time for objecting
14 to the Order Vacating Hearing on Plaintiff's Motion for Default Judgment and Deeming Matter
15 Submitted for Decision (Doc. 23) Findings and Recommendation Re: Plaintiff's Motion for Default
16 Judgment (Doc. 23) Order to Plaintiff to Serve Findings and Recommendations Re: Plaintiff's
17 Motion for Default Judgment on All Potential Claimants and to File Proof of Service of the
18 Magistrate Judge have passed and no timely objections have been filed. An Order Adopting
19 Findings and Recommendation (Doc. 27) Order Granting Motion for Default Judgment (Doc. 23)
20 Order Directing Clerk to Enter Judgment -and- Final Judgment of Forfeiture for Plaintiff was filed
21 on December 16, 2009. Based on the Magistrate Judge's Order Vacating Hearing on Plaintiff's
22 Motion for Default Judgment and Deeming Matter Submitted for Decision (Doc. 23) Findings and
23 Recommendation Re: Plaintiff's Motion for Default Judgment (Doc. 23) Order to Plaintiff to Serve
24 Findings and Recommendations Re: Plaintiff's Motion for Default Judgment on All Potential
25 Claimants and to File Proof of Service, the Order Adopting Findings and Recommendation (Doc.
26 27) Order Granting Motion for Default Judgment (Doc. 23) Order Directing Clerk to Enter Judgment
27 -and- Final Judgment of Forfeiture for Plaintiff, and the files and records of the Court, it is
28 ///

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's October 23, 2009 Order Vacating Hearing on Plaintiff's Motion for Default Judgment and Deeming Matter Submitted for Decision (Doc. 23) Findings and Recommendation Re: Plaintiff's Motion for Default Judgment (Doc. 23) Order to Plaintiff to Serve Findings and Recommendations Re: Plaintiff's Motion for Default Judgment on All Potential Claimants and to File Proof of Service in full.

2. Karen Jean Freyling and Steven W. Butts are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendants approximately $24,546.25 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #547155701, held in the name of Steven Walter Butts and Karen Jean Freyling; approximately $939.73 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #06-576079-01, held in the name of Steven Walter Butts, dba Butts DVD Wholesale; approximately $194.65 in U.S. Currency seized from Golden 1 Credit Union Account #899973, held in the name of Steven Walter Butts; approximately $91.41 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #657155719, held in the name of Steven Walter Butts; thirty-five (35) items of miscellaneous electronic equipment; 2002 Chrysler PT Cruiser, VIN: 3C4FY48BX2T295646, License Number: 5PGG304; 1998 Chevrolet Truck, VIN: 1GCEC19R5WE149357, License Number: 5R67668; and, 2004 Chevrolet Tahoe, VIN: 1GNEC13T24R292963, License Number: 5ZUD095 of Karen Jean Freyling and Steven W. Butts and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendants approximately $24,546.25 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #547155701, held in the name of Steven Walter Butts and Karen Jean Freyling; approximately $939.73 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #06-576079-01, held in the name of Steven Walter Butts, dba Butts DVD Wholesale; approximately $194.65 in U.S. Currency seized from Golden 1 Credit Union Account #899973, held in the name of Steven Walter Butts; approximately $91.41 in U.S. Currency seized from Farmers and Merchants Bank of Central California Account #657155719, held in the name of

1  Steven Walter Butts; thirty-five (35) items of miscellaneous electronic equipment; 2002 Chrysler
2  PT Cruiser, VIN: 3C4FY48BX2T295646, License Number: 5PGG304; 1998 Chevrolet Truck, VIN:
3  1GCEC19R5WE149357, License Number: 5R67668; and, 2004 Chevrolet Tahoe, VIN:
4  1GNEC13T24R292963, License Number: 5ZUD095 to the United States of America, to be disposed
5  of according to law, including all right, title, and interest of Karen Jean Freyling and Steven W.
6  Butts.

7      5.    All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:** **December 22, 2009**     /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE